IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID H. CHURCHILL,

    Plaintiff,               No. CIV S-11-2833 GGH P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS BOARD OF
PRISON TERMS, et al.,

    Defendants.          ORDER
_____/

          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed his application for leave to proceed in forma pauperis on the form used by this district. Use of the form assists plaintiff to establish and the court to evaluate plaintiff's in forma pauperis status in light of 28 U.S.C. § 1915 (b)(1) and (2). Accordingly, plaintiff's application will be dismissed and plaintiff will be provided the opportunity to submit the application on the appropriate form. Plaintiff is cautioned that he must also provide a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of his complaint, see 28 U.S.C. § 1915(a)(2), and the

1

1 certificate portion of the in forma pauperis application must be filled out and signed by an
2 authorized prison official.
3       In accordance with the above, IT IS HEREBY ORDERED that:
4       1. Plaintiff's application to proceed in forma pauperis is dismissed without
5 prejudice;
6       2. The Clerk of the Court is directed to send plaintiff a new Application to
7 Proceed In Forma Pauperis By a Prisoner; and
8       3. Plaintiff shall submit, within twenty-eight days from the date of this order, a
9 completed application to proceed in forma pauperis. Plaintiff's failure to comply with this order
10 will result in a recommendation that this action be dismissed without prejudice.
11 DATED: November 22, 2011

        /s/ Gregory G. Hollows
    UNITED STATES MAGISTRATE JUDGE

GGH:009/md
chur2833.3d